USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 01/24/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTOR LOPEZ, *individually and on behalf of all others similarly situated*,

       Plaintiff,

v.

ALFI INTERNATIONAL, INC.,

       Defendant.

21-CV-10817 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

 It has been reported to the Court that a settlement in principle has been reached among all parties. Accordingly, it is hereby:

 ORDERED that the above-captioned action is discontinued without fees or costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within forty-five (45) days. Any application to reopen this action must be filed within forty-five (45) days of this order, and any application filed thereafter may be denied solely on that basis. If the parties seek to have the Court retain jurisdiction to enforce a settlement agreement, the terms of the agreement must be placed on the public record and "so ordered" by the Court within the same forty-five-day period. *See Hendrickson v. United States*, 791 F.3d 354, 358 (2d Cir. 2015). The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated: January 24, 2022
    New York, New York

                 Ronnie Abrams
                 United States District Judge