UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
VICTOR LOPEZ, ON BEHALF OF HIMSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

          Plaintiffs,

v.

ALFI INTERNATIONAL, INC.,

          Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:21-cv-10817

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff(s), VICTOR LOPEZ, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, ALFI INTERNATIONAL, INC., with prejudice and without fees and costs.

Dated: New York, New York
       March 3, 2022

                              **GOTTLIEB & ASSOCIATES**

                              /s/Michael A. LaBollita, Esq.

                              Michael A. LaBollita, Esq., (ML-9985)
                              150 East 18th Street, Suite PHR
                              New York, NY 10003
                              Phone: (212) 228-9795
                              Fax: (212) 982-6284
                              Michael@Gottlieb.legal

                              *Attorneys for Plaintiffs*

SO ORDERED.

_____
Hon. Ronnie Abrams
March 4, 2022